# Court of Appeals
# of the State of Georgia

ATLANTA,   September 08, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0545. WILLIE F. WRIGHT, JR. v. MAXINE BLACKWELL, et al.**

Willie F. Wright, Jr. filed a petition for writ of mandamus. The trial court dismissed Wright's petition, and Wright filed this application for discretionary appeal. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). This application is thus TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   09/08/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*